**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| GURDEEP SINGH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| | ) |
| v. | ) Case No.  CIV-26-974-SLP |
| | ) |
| CHRIS GANTT, et al., | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

Before the Court is Petitioner's Motion to Voluntary Dismissal Pursuant to F.R.C.P 41(a)(1)(A)(i) [Doc. No. 19].   Petitioner has filed this motion pursuant to Rule 41 (a)(1)(A)(i), however, given the procedural posture of this case, the Court deems the Motion procedurally improper.  Nevertheless, the Court agrees with Petitioner's assertion that the action is now moot due to Petitioner's release.

IT IS THEREFORE ORDERED that the Motion is deemed MOOT and the matter is dismissed.

IT IS SO ORDERED this 15th day of July, 2026.

_____

**SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE**